ROBIN A DUNN
(Name)
P.O. BOX 2199
(Address)
BLYTHE, CA. 92226
(City, State, Zip)
AE - 9826
(CDC Inmate No.)

FILED

FEB 27 2013

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

2254     1983
FILING FEE PAID
Yes _____ No
IFP MOTION FILED
Yes _____ No
COPIES SENT TO
Court _____ Pro Se

# United States District Court
## Southern District of California

ROBIN A DUNN,
(Enter full name of plaintiff in this action.)

                 Plaintiff,

v.

Peter MELKONIAN,
The county of SANdiego
JANe Doe (Nurse),
(Enter full name of each defendant in this action.)

                 Defendant(s).

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

13CV0 4 8 2 CAB MDD

Civil Case No. _____
(To be supplied by Court Clerk)

Complaint under the
Civil Rights Act
42 U.S.C. § 1983

## A. Jurisdiction

Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional authority, list them below.

_____

## B. Parties

1. Plaintiff: This complaint alleges that the civil rights of Plaintiff, ROBIN A DUNN,
(print Plaintiff's name)
_____, who presently resides at IRONWOOD
(mailing address or place of confinement)
State Prison P.O.BOX 2199 BLYTHE, CA. 92226, were violated by the actions
of the below named individuals. The actions were directed against Plaintiff at George
Bailey Detention facility on (dates) 10-18-08, 10-18-08, and 5-12-09.
(institution/place where violation occurred)   (Count 1)   (Count 2)   (Count 3)
10-18-08
to
5-12-09
446 ALTA Rd., SANdiego, CA. 92154   Suit 5300

2. <u>Defendants:</u> (Attach same information on additional pages if you are naming more than 4 defendants.)

Defendant <u>Peter MElKONIAN.</u> resides in <u>SAN Diego</u> ,
(name) (County of residence)
and is employed as a <u>Sheriff's Officer,</u> . This defendant is sued in
(defendant's position/title (if any))
(his)/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting

under color of law: <u>AS A Sheriff's of SAN Diego county,</u>
<u>State of California.</u>

Defendant <u>County of SANDiego</u> resides in <u>BANDiego</u> ,
(name) (County of residence)
and is employed as a <u>head of SANDiego County OPP</u> This defendant is sued in
(defendant's position/title (if any))
his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting

under color of law: <u>AS Rep of SANDiego Sherriff's</u>
<u>County of SANDiego State of California.</u>

Defendant <u>JANE DOE</u> resides in <u>SANDiego County</u> ,
(name) (County of residence)
and is employed as a <u>Nurse At George Baily ficility.</u> This defendant is sued in
(defendant's position/title (if any))
his/(her) ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting

under color of law: <u>AS A Nurse to the fncility of George</u>
<u>Bailey Detention. County of SANDiego State of</u>
<u>CAliforNiA.</u>

Defendant _____ resides in _____ ,
(name) (County of residence)
and is employed as a _____ . This defendant is sued in
(defendant's position/title (if any))
his/her ☐ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting

under color of law: _____

§ 1983 SD Form
(Rev 4/06)

**C. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.)

Count 1: The following civil right has been violated: freedom from cruel and unusual

(E.g., right to medical care, access to courts,

Punishment, medical care, due process, Access to courts,

due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, by name, did to violate the right alleged in Count 1.]

Peter MELKONIAN, is the correct name of the officer, complaint filed MAY 12, 2009. The name, MELKONIAN MARTINEZ, were two last name's misunderstood. Now Peter MELKONIAN, used excessive force when he pushed Plaintiff's face into a glass wall, placed handcuffs so tight their was no blood flow. MELKONIAN, Then walked Plaintiff, 10 feet. Stoped and said to Plaintiff, "Look down at the floor" Plaintiff, complied. Then MELKONIAN, said "I will slam your face into it." That moment Deputy Peter MELKONIAN, slamed the Plaintiff's face first into the floor, By putting his, the palm of his hand on the back of Plaintiff's head At the same time Tripping Plantiff's feet, while screaming boisterously LOUD, YOU BLACK Mother-fucker, in Plaintiff's EAR. After, MELKONIAN'S, Response was, He pushed Plaintiff's left shoulder with Both the palms of his hands and weight twards the ground extremly hard twice causing greatbodily injury MELKONIAN had ±/m Steven MONTAGUE give All Plaintiff's Personal Property to Him. Plaintiff's evidence to his existing case, medical documents, pictures, Letters, phone numbers, And Addresses. Housed as a Detainee, waiting for trial. Plaintiff, has been hindered from providing information with his Attorney As of yet nothing has been recovered constitutes A Due process violation.

<u>Count 2:</u> The following civil right has been violated: <u>Right to Medical Care,</u>

(E.g., right to medical care, access to courts,

<u>due process, freedom from cruel and unusual punishment,</u>

due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

<u>Supporting Facts:</u> [Include all facts you consider important to Count 2. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 2.]

Peter MELKONIAN, RADioed foR Leg Chains. Right Away MELKONIAN, snatched "DUNN" up, pushing him down in a squat position then forced "DUNN" to walk over 100 yARDS AS this Punishment is taking place "DUNN" Looses All his AiR, And was unable to breath. "DUNN" PASSED out. MELKONIAN, ORDERED two officers to Pick "DUNN" up by each Leg, in the PRONE position 2 Ft. in the AiR, walked 10 Ft. Stoped And put "DUNN" BACK down in the squat position And MORE Duck walking. MELKONIANS, ACTIONS were Applied "Maliciously" foR the Purpose to cause harm to "DUNN". DUNN only Asked A question. MELKONIAN, screamed in "DUNN" EAR very Loud you BLACK Mother fucker. JANE Doe The NuRSE At the George Bailey facility Denied "DUNN" MEDICAL TReatment because Peter MELKONIAN, with A MEAN voice told the NuRSE "Their is Nothing WRONG with him, the NuRSE was frighten by MELKONIAN's toNE ANd Refused "DUNN" MEDICAL treatment.

Count 3: The following civil right has been violated: _access to courts,_

(E.g., right to medical care, access to courts,

_due Process,_

due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 3. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 3.]

The county of San Diego is responsible for All Staff Actions,
And the Video of the whole incident. Investigators of the
county of San Diego violated "Dunn's", Rights to the Asscess
to Video his Evidence of A ongoing Action. The Duty to
Preserve Material Evidence is Mandated. Evidence of this
Said video Witnessed Cruel And unusual Punishment.

## D. Previous Lawsuits and Administrative Relief

1. Have you filed other lawsuits in state or federal courts dealing with the same or similar facts involved in this case? ☒ Yes ☐ No.

If your answer is "Yes", describe each suit in the space below. [If more than one, attach additional pages providing the same information as below.]

(a) Parties to the previous lawsuit:

Plaintiffs: ROBIN A DUNN

Defendants: MELKONIAN, MARTINEZ,

(b) Name of the court and docket number: United States District Court Southern District of California #09-1038 JAH - (PCL)

(c) Disposition: [ For example, was the case dismissed, appealed, or still pending?]
Still pending?

(d) Issues raised: Plaintiff filed first Complaint, had wrong name of the Defendant, and defendant was not served.

(e) Approximate date case was filed: 06/08/2009

(f) Approximate date of disposition: U/N

2. Have you previously sought and exhausted all forms of informal or formal relief from the proper administrative officials regarding the acts alleged in Part C above? [E.g., CDC Inmate/Parolee Appeal Form 602, etc.] ? ☒ Yes ☐ No.

If your answer is "Yes", briefly describe how relief was sought and the results. If your answer is "No", briefly explain why administrative relief was not sought.

Plaintiff was denied A response, twice from the Grievence Process of the George BAiley facility Leiutenant. Plaintiff then filed his complaint with the County of SanDiego, Complaint was Granted by Federal Courts 06/08/2009. A disposition of "not sustained" in part and "exonerated" in part indicates alleged ACtions occured" DUNN Asked for A copy of Video to incident, investigator SAid deal with the Court.

**E. Request for Relief**

Plaintiff requests that this Court grant the following relief:

    1. An injunction preventing defendant(s): _Only Contact the plaintiff, threw A 3rd party, Court appointed mediator._

    2. Damages in the sum of $ _5,000,000.00_

    3. Punitive damages in the sum of $ _250,000_ .

    4. Other: _Physical damages And mental_

**F. Demand for Jury Trial**

    Plaintiff demands a trial by ☒ Jury ☐ Court. (Choose one.)

**G. Consent to Magistrate Judge Jurisdiction**

    In order to insure the just, speedy and inexpensive determination of Section 1983 Prisoner cases filed in this district, the Court has adopted a case assignment involving direct assignment of these cases to magistrate judges to conduct all proceedings including jury or bench trial and the entry of final judgment on consent of all the parties under 28 U.S.C. § 636(c), thus waiving the right to proceed before a district judge. The parties are free to withhold consent without adverse substantive consequences.

    The Court encourages parties to utilize this efficient and expeditious program for case resolution due to the trial judge quality of the magistrate judges and to maximize access to the court system in a district where the criminal case loads severely limits the availability of the district judges for trial of civil cases. Consent to a magistrate judge will likely result in an earlier trial date. If you request that a district judge be designated to decide dispositive motions and try your case, a magistrate judge will nevertheless hear and decide all non-dispositive motions and will hear and issue a recommendation to the district judge as to all dispositive motions.

    You may consent to have a magistrate judge conduct any and all further proceedings in this case, including trial, and the entry of final judgment by indicating your consent below.

Choose only one of the following:

| | | |
|---|---|---|
| ☒ Plaintiff consents to magistrate judge jurisdiction as set forth above. | **OR** | ☒ Plaintiff requests that a district judge be designated to decide dispositive matters and trial in this case. |

_2-25-13_
Date

_Robin Glenn_
Signature of Plaintiff

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me | DATE |
|---|---|
| NAME OF SERVER | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant.  Place where served: _____

☐ Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

        Name of person with whom the summons and complaint were left: _____

☐ Return unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | | SERVICES | TOTAL $0.00 | |
|---|---|---|---|---|

## DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on: _____

        Date         Signature of Server

                Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

| I (a) PLAINTIFFS  ROBIN A DUNN | DEFENDANTS  Peter MELKONIAN  The COUNTY of SANDiego  JANE DOE (NURSE) |
|---|---|
| (b) COUNTY OF RESIDENCE OF FIRST LISTED  PLAINTIFF  Blythe, CA  (EXCEPT IN U.S. PLAINTIFF CASES) | COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT  SANDiego, CA.  (IN U.S. PLAINTIFF CASES ONLY)  NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED |
| (c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER) | ATTORNEYS (IF KNOWN) |

**II. BASIS OF JURISDICTION** (PLACE AN x IN ONE BOX ONLY)

* 1 U.S. Government Plaintiff
* ☒ 3 Federal Question
   (U.S. Government Not a Party)
* 2 U.S. Government Defendant
* 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN X IN ONE BOX
(For Diversity Cases Only)     FOR PLAINTIFF AND ONE BOX FOR DEFENDANT

|  | PT | DEF |  | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒1 | ☒1 | Incorporated or Principal Place of Business in This State | • 4 | ☒4 |
| Citizen of Another State | • 2 | • 2 | Incorporated and Principal Place of Business in Another State | • 5 | • 5 |
| Citizen or Subject of a Foreign Country | • 3 | • 3 | Foreign Nation | • 6 | • 6 |

**IV. CAUSE OF ACTION** (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

**V. NATURE OF SUIT** (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| • 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | • 610 Agriculture | • 422 Appeal 28 USC 158 | • 400 State Reapportionment |
| • 120 Marine | • 310 Airplane | • 362 Personal Injury- | • 620 Other Food & Drug | • 423 Withdrawal 28 USC 157 | • 410 Antitrust |
| • 130 Miller Act | • 315 Airplane Product Liability | Medical Malpractice | • 625 Drug Related Seizure | PROPERTY RIGHTS | • 430 Banks and Banking |
| • 140 Negotiable Instrument | • 320 Assault, Libel & Slander | ☒ 365 Personal Injury - | of Property 21 USC881 | • 820 Copyrights | • 450 Commerce/ICC Rates/etc. |
| • 150 Recovery of Overpayment | • 330 Federal Employers' | Product Liability | • 630 Liquor Laws | • 830 Patent | • 460 Deportation |
| &Enforcement of Judgment | Liability | • 368 Asbestos Personal Injury | • 640 RR & Truck | • 840 Trademark | • 470 Racketeer Influenced and |
| • 151 Medicare Act | • 340 Marine | Product Liability | • 650 Airline Regs | SOCIAL SECURITY | Corrupt Organizations |
| • 152 Recovery of Defaulted Student | • 345 Marine Product | PERSONAL PROPERTY | • 660 Occupational Safety/Health | • 861 HIA (1395ff) | • 810 Selective Service |
| Loans (Excl. Veterans) | Liability | • 370 Other Fraud | • 690 Other | • 862 Black Lung (923) | • 850 Securities/Commodities |
| • 153 Recovery of Overpayment | • 350 Motor Vehicle | • 371 Truth in Lending | LABOR | • 863 DIWC/DIWW (405(g)) | Exchange |
| of Veterans Benefits | • 355 Motor Vehicle Product | • 380 Other Personal | • 710 Fair Labor Standards Act | • 864 SSID Title XVI | • 875 Customer Challenge 12 USC |
| • 160 Stockholders Suits | Liability | Property Damage | • 720 Labor/Mgmt. Relations | • 865 RSI (405(g)) | • 891 Agricultural Acts |
| • 190 Other Contract | • 360 Other Personal Injury | • 385 Property Damage | • 730 Labor/Mgmt. Reporting & | FEDERAL TAX SUITS | • 892 Economic Stabilization Act |
| • 195 Contract Product Liability | | Product Liability | Disclosure Act | • 870 Taxes (U.S. Plaintiff | • 893 Environmental Matters |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | • 740 Railway Labor Act | or Defendant) | • 894 Energy Allocation Act |
| • 210 Land Condemnation | • 441 Voting | • 510 Motions to Vacate Sentence | • 790 Other Labor Litigation | • 871 IRS - Third Party | • 895 Freedom of Information Act |
| • 220 Foreclosure | • 442 Employment | Habeas Corpus | • 791 Empl. Ret. Inc. | 26 USC 7609 | • 900 Appeal of Fee Determination |
| • 230 Rent Lease & Ejectment | • 443 Housing/Accommodations | • 530 General | Security Act | | Under Equal Access to Justice |
| • 240 Torts to Land | • 444 Welfare | • 535 Death Penalty | | | • 950 Constitutionality of State |
| • 245 Tort Product Liability | ☒ 440 Other Civil Rights | • 540 Mandamus & Other | | | • 890 Other Statutory Actions |
| • 290 All Other Real Property | | • 550 Civil Rights | | | |
| | | • 555 Prison Condition | | | |

**VI. ORIGIN** (PLACE AN X IN ONE BOX ONLY)

* 1 Original Proceeding
* 2 Removal from State Court
* 3 Remanded from Appellate Court
* 4 Reinstated or Reopened
* 5 Transferred from another district (specify)
* 6 Multidistrict Litigation
* 7 Appeal to District Judge from Magistrate Judgment

| VII. REQUESTED IN  COMPLAINT: | • CHECK IF THIS IS A CLASS ACTION  UNDER F.r.c.p. 23 | DEMAND $ 5,000,000.00 | Check YES only if demanded in complaint:  JURY DEMAND: ☒YES • NO |
|---|---|---|---|

| VIII. RELATED CASE(S) IF ANY (See Instructions): | JUDGE | Docket Number |
|---|---|---|

| DATE | SIGNATURE OF ATTORNEY OF RECORD |
|---|---|

JS 44 (Rev. 12/12)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**FILED**
FEB 27 2013
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## I. (a) PLAINTIFFS
Robin A. Dunn
AE-9826

**DEFENDANTS**
Peter Melkonian, et al

2254    1983

FILING FEE PAID
Yes    No

IFP MOTION FILED
Yes    No

COPIES SENT TO

**(b)** County of Residence of First Listed Plaintiff    Riverside
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Robin A. Dunn
PO Box 2199
Blythe CA 92226

Attorneys *(If Known)*

13CV0482 CAB MDD

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1  U.S. Government
Plaintiff

☒ 3  Federal Question
*(U.S. Government Not a Party)*

☐ 2  U.S. Government
Defendant

☐ 4  Diversity
*(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*    *and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 151 Medicare Act<br>☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholders' Suits<br>☐ 190 Other Contract<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | **PERSONAL INJURY**<br>☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers' Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury<br>☐ 362 Personal Injury - Medical Malpractice | **PERSONAL INJURY**<br>☐ 365 Personal Injury - Product Liability<br>☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability<br>☐ 368 Asbestos Personal Injury Product Liability<br>**PERSONAL PROPERTY**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881<br>☐ 690 Other | ☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157<br>**PROPERTY RIGHTS**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 840 Trademark<br>**SOCIAL SECURITY**<br>☐ 861 HIA (1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g))<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g)) | ☐ 375 False Claims Act<br>☐ 400 State Reapportionment<br>☐ 410 Antitrust<br>☐ 430 Banks and Banking<br>☐ 450 Commerce<br>☐ 460 Deportation<br>☐ 470 Racketeer Influenced and Corrupt Organizations<br>☐ 480 Consumer Credit<br>☐ 490 Cable/Sat TV<br>☐ 850 Securities/Commodities/ Exchange<br>☐ 890 Other Statutory Actions<br>☐ 891 Agricultural Acts<br>☐ 893 Environmental Matters<br>☐ 895 Freedom of Information Act<br>☐ 896 Arbitration |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | **LABOR** | **FEDERAL TAX SUITS** | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision<br>☐ 950 Constitutionality of State Statutes |
| ☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property | ☐ 440 Other Civil Rights<br>☐ 441 Voting<br>☐ 442 Employment<br>☐ 443 Housing/ Accommodations<br>☐ 445 Amer. w/Disabilities - Employment<br>☐ 446 Amer. w/Disabilities - Other<br>☐ 448 Education | **Habeas Corpus:**<br>☐ 463 Alien Detainee<br>☐ 510 Motions to Vacate Sentence<br>☐ 530 General<br>☐ 535 Death Penalty<br>**Other:**<br>☐ 540 Mandamus & Other<br>☒ 550 Civil Rights<br>☐ 555 Prison Condition<br>☐ 560 Civil Detainee - Conditions of Confinement | ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Management Relations<br>☐ 740 Railway Labor Act<br>☐ 751 Family and Medical Leave Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Employee Retirement Income Security Act<br><br>**IMMIGRATION**<br>☐ 462 Naturalization Application<br>☐ 465 Other Immigration Actions | ☐ 870 Taxes (U.S. Plaintiff or Defendant)<br>☐ 871 IRS—Third Party 26 USC 7609 | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding    ☐ 2 Removed from State Court    ☐ 3 Remanded from Appellate Court    ☐ 4 Reinstated or Reopened    ☐ 5 Transferred from Another District *(specify)*    ☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
42:1983
Brief description of cause:
Prisoner Civil Rights

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.    DEMAND $ _____    CHECK YES only if demanded in complaint:
JURY DEMAND:  ☐ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*    JUDGE _____    DOCKET NUMBER _____

DATE    02/27/2013

SIGNATURE OF ATTORNEY OF RECORD
s/ SKHoestenbach    *SKHoestenbach*

**FOR OFFICE USE ONLY**

RECEIPT # _____    AMOUNT _____    APPLYING IFP _____    JUDGE _____    MAG. JUDGE _____

Robin A. Dunn AE-9826
I. S. P. B-1 202
P. O. Box 2199
Blythe, California, 92226



Clerk, United States District Court
880 Front Street Room 4290
San Diego, California, 92101-8900

LEGAL ONLY

RECEIVED

FEB 27 2013

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY