SANDRA PAYNE HAGOOD
California Bar Number 283366
Law Office of Sandra Payne Hagood
420 Vincente Way
La Jolla, California 92037
619-363-2099
619-377-6671 (fax)
sandra@hagoodappellate.com

SARITA ORDONEZ
California Bar Number 216047
Law Office of Sarita Ordonez
4640 Cass Street, Unit 9990
San Diego, California 92169
619-227-9894
sordonezattyatlaw@gmail.com

Pro Bono Appointed Attorneys for Plaintiff,
Robin A. Dunn

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN A. DUNN,<br><br>  Plaintiff,<br><br> v.<br><br> PETER MELKONIAN,<br><br>  Defendant. | Case No.:  13cv482-CAB-MDD<br><br>**JOINT MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE** |

COME NOW the parties to this instant action, plaintiff Robin A. Dunn, by and through his counsel of record, Sandra Payne Hagood and Sarita Ordonez, and defendant Peter Melkonian, by and through his counsel of record, Senior Deputy County Counsel James M. Chapin, and in light of a settlement reached by the parties,

stipulate and agree to dismiss this entire action against defendant, WITH PREJUDICE, each party to bear his own costs and attorneys' fees.

DATED:  April 5, 2017        */s/ Sandra Payne Hagood*
                             SANDRA Payne HAGOOD
                             Appointed Attorney for Plaintiff

DATED: April 5, 2017         THOMAS E. MONTGOMERY, County Counsel

                             By: s/ JAMES M. CHAPIN, Senior Deputy
                             Attorneys for Defendant Peter Melkonian
                             E-mail: james.chapin@sdcounty.ca.gov