**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBIN A. DUNN,<br>Plaintiff,<br>v.<br>PETER MELKONIAN,<br>Defendant. | Case No.: 13cv482-CAB-MDD<br>**[~~PROPOSED~~] ORDER GRANTING JOINT MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE**<br>[Doc. No. 150] |

The parties in this action have reached a settlement and filed a joint motion to dismiss this action with prejudice (Docket No. 150). It is **ORDERED** that:

1. The Joint Motion for Dismissal is granted.

2. This action is **DISMISSED WITH PREJUDICE** as to all claims. Each

/ / / / /

/ / / / /

party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: April 10, 2017

Hon. Cathy Ann Bencivengo
United States District Judge